was imposed because he refused to plead guilty to a misdemeanor. However, the record is devoid of any evidence to support this contention and we cannot speculate and surmise as to matters not shown of record. *People v. Funches* (1959), 17 Ill.2d 529.

Therefore, the judgment is affirmed.

Judgment affirmed.

LEIGHTON, P. J., and McCORMICK, J., concur.

The People of the State of Illinois, Plaintiff-Appellee, *v.* Charles Cook, Defendant-Appellant.

(No. 54218;

First District—March 22, 1971.

Opinion by Mr. JUSTICE GOLDBERG.

Gerald W. Getty, Public Defender, of Chicago, (Lee T. Hettinger, James N. Gramenos, and James J. Doherty, Assistant Public Defenders, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle and John A. Gibaitis, Assistant State's Attorneys, of counsel,) for the People.